CLEVELAND METROPOLITAN BAR ASSOCIATION *v*. BELINGER.

[Cite as *Cleveland Metro. Bar Assn. v. Belinger,* ___ Ohio St.3d ___, 2016-Ohio-3193.]

(No. 2015-0292—Submitted May 25, 2016—Decided May 27, 2016.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Robert James Belinger, Attorney Registration No. 0017661, last known business address in Independence, Ohio.

{¶ 2} The court coming now to consider its order of October 28, 2015, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of one year with six months stayed on conditions, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the State of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

{¶ 5} For earlier case, see *Cleveland Metro. Bar Assn. v. Belinger*, 144 Ohio St.3d 150, 2015-Ohio-4436, 41 N.E.3d 415.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____